**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

ALO, LLC,
9830 Wilshire Boulevard,
Beverly Hills, CA 90212,

      Plaintiff,

v.

AALOYOGA.COM,
ALO-YOGA.NET,
ALO-YOGA.ORG,
ALOYOGAACCESSORIES.COM,
ALOYOGAAIRES.COM,
ALOYOGAAMSTERDAM.COM,
ALOYOGA-AMSTERDAM.COM,
ALOYOGAARGENTINA.COM,
ALOYOGA-ARGENTINA.COM,
ALO-YOGA-ARGENTINA.COM,
ALOYOGAARGENTINA.NET,
ALOYOGAAU.COM,
ALOYOGAAUSTRALIA.COM,
ALOYOGA-AUSTRALIA.COM,
ALO-YOGAAUSTRALIA.COM,
ALO-YOGA-AUSTRALIA.COM,
ALOYOGAAUSTRALIA.NET,
ALOYOGAAUSTRALIAU.COM,
ALOYOGAAUSTRIA.COM,
ALOYOGA-AUSTRIA.COM,
ALOYOGABAG.COM,
ALOYOGABARCELONA.COM,
ALOYOGABELGIE.COM,
ALOYOGA-BELGIE.COM,
ALOYOGABELGIQUE.COM,
ALOYOGABELGIUM.COM,
ALOYOGA-BELGIUM.COM,
ALO-YOGA-BELGIUM.COM,
ALOYOGABELGIUM.ORG,
ALO-YOGABELGIUMBE.COM,
ALOYOGABOGOTA.COM,
ALOYOGABOTTOMS.COM,
ALOYOGABOUTIQUEFRANCE.COM,
ALOYOGABRAS.COM,

Civil Action No. 1:23-cv-1242

ALOYOGABRASIL.COM,
ALOYOGABUDAPEST.COM,
ALOYOGA-BUDAPEST.COM,
ALOYOGABULGARIA.COM,
ALOYOGACANADA.COM,
ALOYOGA-CANADA.COM,
ALO-YOGA-CANADA.COM,
ALOYOGACANADA.NET,
ALOYOGACANADASTORES.COM,
ALOYOGACANBERRA.COM,
ALOYOGACHILE.COM,
ALOYOGA-CHILE.COM,
ALO-YOGACHILE.COM,
ALO-YOGA-CHILE.COM,
ALOYOGACHILE.NET,
ALOYOGACHILEOUTLET.COM,
ALOYOGACITYON.COM,
ALOYOGACLOTHING.COM,
ALOYOGACOLOMBIA.COM,
ALOYOGA-COLOMBIA.COM,
ALO-YOGACOLOMBIA.COM,
ALO-YOGA-COLOMBIA.COM,
ALOYOGACOLOMBIA.NET,
ALOYOGACOLOMBIATIENDA.COM,
ALOYOGA-COSTARICA.COM,
ALOYOGACOUPONS.COM,
ALOYOGACZ.COM,
ALOYOGA-CZ.COM,
ALO-YOGA-CZ.COM,
ALOYOGADANMARK.COM,
ALOYOGA-DANMARK.COM,
ALO-YOGADANMARK.COM,
ALO-YOGA-DANMARK.COM,
ALOYOGADANMARK.NET,
ALOYOGADEALS.COM,
ALOYOGADENMARK.COM,
ALOYOGA-DENMARK.COM,
ALOYOGADEUTSCHLAND.COM,
ALOYOGA-DEUTSCHLAND.COM,
ALOYOGADEUTSCHLANDE.COM,
ALOYOGADEUTSCHLANDSHOP.COM,
ALOYOGADHABI.COM,
ALOYOGADUBAI.COM,
ALOYOGA-DUBAI.COM,
ALOYOGADUBAIMALL.COM,

2

ALOYOGADUBLIN.COM,
ALOYOGAEMEXICO.COM,
ALOYOGAENARGENTINA.COM,
ALOYOGAENAUSTRALIA.COM,
ALOYOGAENCHILE.COM,
ALOYOGAENMEXICO.COM,
ALOYOGAESPANA.COM,
ALOYOGA-ESPANA.COM,
ALOYOGAESPANAS.COM,
ALOYOGAEUMEXICO.COM,
ALOYOGAFRANCE.COM,
ALOYOGA-FRANCE.COM,
ALOYOGAGREECE.COM,
ALOYOGA-GREECE.COM,
ALO-YOGAGREECE.COM,
ALO-YOGA-GREECE.COM,
ALOYOGAGREECE.NET,
ALOYOGAGREECEOUTLET.COM,
ALOYOGAGREECESTORE.COM,
ALOYOGAHAMBURG.COM,
ALOYOGAHELSINKI.COM,
ALOYOGAHRVATSKA.COM,
ALOYOGA-HRVATSKA.COM,
ALO-YOGA-HRVATSKA.COM,
ALOYOGAHRVATSKA.NET,
ALOYOGAHUNGARY.COM,
ALOYOGA-HUNGARY.COM,
ALO-YOGAHUNGARY.COM,
ALOYOGAHUNGARY.NET,
ALOYOGAINDIA.COM,
ALOYOGA-INDIA.COM,
ALOYOGAINDONESIA.COM,
ALOYOGAIRELAND.COM,
ALOYOGA-IRELAND.COM,
ALO-YOGA-IRELAND.COM,
ALOYOGAIRELAND.NET,
ALOYOGAIRELANDIE.COM,
ALOYOGAIRELANDOUTLET.COM,
ALOYOGAIRELANDSTORE.COM,
ALOYOGAISRAEL.COM,
ALOYOGA-ISRAEL.COM,
ALO-YOGA-ISRAEL.COM,
ALOYOGAISRAEL.NET,
ALOYOGAISRAELOUTLET.COM,
ALOYOGAISRAELSTORE.COM,

3

ALOYOGAITALIA.COM,
ALOYOGA-ITALIA.COM,
ALO-YOGA-ITALIA.COM,
ALOYOGAITALY.COM,
ALOYOGA-ITALY.COM,
ALOYOGAITALYSTORE.COM,
ALOYOGAJAPAN.COM,
ALO-YOGAJAPAN.COM,
ALOYOGAJAPAN.NET,
ALOYOGAKOREA.COM,
ALOYOGAKOREA.NET,
ALOYOGAKSA.COM,
ALOYOGAKUWAIT.COM,
ALOYOGALEGGINGSCANADA.COM,
ALOYOGALEGGINGSDEUTSCHLAND.COM,
ALOYOGALEGGINGS-DEUTSCHLAND.COM,
ALOYOGALEGGINGSUK.COM,
ALOYOGALEGGINGS-UK.COM,
ALOYOGALEGINY.COM,
ALOYOGALISBON.COM,
ALOYOGALLC.COM,
ALOYOGALONDON.COM,
ALOYOGA-LONDON.COM,
ALO-YOGA-LONDON.COM,
ALOYOGAMALAYSIA.COM,
ALOYOGA-MALAYSIA.COM,
ALO-YOGA-MALAYSIA.COM,
ALOYOGAMALAYSIASTORE.COM,
ALOYOGAMALL.COM,
ALOYOGAMATAUSTRALIA.COM,
ALOYOGAMATGREECE.COM,
ALOYOGAMATIRELAND.COM,
ALOYOGAMATUK.COM,
ALOYOGAMEN.COM,
ALOYOGAMEXICO.COM,
ALOYOGA-MEXICO.COM,
ALO-YOGA-MEXICO.COM,
ALOYOGAMEXICO.NET,
ALOYOGAMEXICOCITY.COM,
ALOYOGAMEXICOSTIENDA.COM,
ALOYOGAMEXICOTIENDA.COM,
ALOYOGAMILANO.COM,
ALO-YOGA-MILANO.COM,
ALOYOGAMX.COM,
ALOYOGANEDERLAND.COM,

4

© Wiley Rein LLP, 2023

ALOYOGA-NEDERLAND.COM,
ALO-YOGANEDERLAND.COM,
ALO-YOGA-NEDERLAND.COM,
ALOYOGANEDERLAND.NET,
ALOYOGA-NETHERLANDS.COM,
ALOYOGANEWZEALAND.COM,
ALOYOGANORGE.COM,
ALOYOGA-NORGE.COM,
ALO-YOGA-NORGE.COM,
ALOYOGANORGE.NET,
ALOYOGANORWAY.COM,
ALOYOGA-NORWAY.COM,
ALOYOGANZ.COM,
ALOYOGA-NZ.COM,
ALO-YOGA-NZ.COM,
ALOYOGAOFFERS.COM,
ALOYOGAONLINE.COM,
ALOYOGAONSALE.COM,
ALOYOGAOSLO.COM,
ALOYOGA-OSLO.COM,
ALOYOGAOSTERREICH.COM,
ALOYOGA-OSTERREICH.COM,
ALOYOGAOUTLETARGENTINA.COM,
ALOYOGAOUTLETFACTORY.COM,
ALOYOGAOUTLETNEDERLAND.COM,
ALOYOGAOUTLETSTORE.COM,
ALOYOGAOUTLETSTORES.COM,
ALOYOGAOUTLET-STORES.COM,
ALOYOGAOUTLETSUOMI.COM,
ALOYOGAOUTLETUSA.COM,
ALOYOGAPARIS.COM,
ALOYOGA-PARIS.COM,
ALOYOGAPERU.COM,
ALOYOGA-PERU.COM,
ALOYOGAPERU.NET,
ALOYOGAPH.COM,
ALOYOGAPHILIPPINE.COM,
ALOYOGAPHILIPPINES.COM,
ALOYOGA-PHILIPPINES.COM,
ALO-YOGA-PHILIPPINES.COM,
ALOYOGAPOLSKA.COM,
ALOYOGA-POLSKA.COM,
ALO-YOGA-POLSKA.COM,
ALOYOGAPOLSKAOPINIE.COM,
ALOYOGAPORTUGAL.COM,

5

© Wiley Rein LLP, 2023

ALOYOGA-PORTUGAL.COM,
ALO-YOGAPORTUGAL.COM,
ALO-YOGA-PORTUGAL.COM,
ALOYOGAPORTUGAL.NET,
ALOYOGAPORTUGALPT.COM,
ALOYOGAPRAHA.COM,
ALOYOGAREBAJAS.COM,
ALOYOGARGENTINA.COM,
ALOYOGAROMANIA.COM,
ALOYOGA-ROMANIA.COM,
ALO-YOGA-ROMANIA.COM,
ALOYOGAROMANIA.NET,
ALOYOGAROMANIAOUTLET.COM,
ALOYOGAROPAES.COM,
ALOYOGAS.COM,
ALO-YOGAS.COM,
ALOYOGASALE.COM,
ALOYOGA-SALE.COM,
ALO-YOGASALE.COM,
ALOYOGASALE.NET,
ALOYOGASALEIRELAND.COM,
ALOYOGASALEMEXICO.COM,
ALOYOGASALEPHILIPPINES.COM,
ALOYOGASALEUSA.COM,
ALOYOGASALE-USA.COM,
ALOYOGASAMSTERDAM.COM,
ALOYOGASANTIAGO.COM,
ALOYOGASARGENTINA.COM,
ALOYOGASAUSTRALIA.COM,
ALOYOGASCANADA.COM,
ALOYOGASCHWEIZ.COM,
ALOYOGA-SCHWEIZ.COM,
ALO-YOGA-SCHWEIZ.COM,
ALOYOGASCHWEIZ.NET,
ALOYOGASDEUTSCHLAND.COM,
ALOYOGASE.COM,
ALOYOGA-SE.COM,
ALOYOGASESPANA.COM,
ALOYOGASGREECE.COM,
ALOYOGASGSTORE.COM,
ALOYOGASHOP.COM,
ALOYOGA-SHOP.COM,
ALOYOGASHOPS.COM,
ALOYOGASHOPSCHWEIZ.COM,
ALOYOGASHOPSINGAPORE.COM,

6

© Wiley Rein LLP, 2023

ALOYOGASHUNGARY.COM,
ALOYOGAS-HUNGARY.COM,
ALOYOGASHUNGARYS.COM,
ALOYOGASINGAPORE.COM,
ALOYOGA-SINGAPORE.COM,
ALO-YOGA-SINGAPORE.COM,
ALOYOGASINGAPORES.COM,
ALOYOGASINGAPORESTORE.COM,
ALOYOGASITALY.COM,
ALOYOGAS-ITALY.COM,
ALOYOGASKLEP.COM,
ALOYOGASLISBON.COM,
ALOYOGA-SLOVENIA.COM,
ALOYOGASLOVENIJA.COM,
ALOYOGASLOVENIJA.NET,
ALOYOGASLOVENSKO.COM,
ALOYOGA-SLOVENSKO.COM,
ALOYOGASNZ.COM,
ALOYOGASOUTHAFRICA.COM,
ALOYOGA-SOUTHAFRICA.COM,
ALO-YOGA-SOUTHAFRICA.COM,
ALOYOGASOUTHAFRICA.NET,
ALOYOGASOUTHAFRICAS.COM,
ALOYOGA-SOUTHAFRICAS.COM,
ALOYOGASOUTLETSTORE.COM,
ALOYOGASPAIN.COM,
ALOYOGA-SPAIN.COM,
ALOYOGASPARIS.COM,
ALOYOGAS-POLSKA.COM,
ALOYOGAS-POLSKAS.COM,
ALOYOGASRBIJA.COM,
ALOYOGAS-SALE.COM,
ALOYOGASSALESUSA.COM,
ALOYOGASSALEUSA.COM,
ALOYOGASSINGAPORE.COM,
ALOYOGASSINGAPORESTORE.COM,
ALOYOGASTORE.COM,
ALOYOGA-STORE.COM,
ALOYOGASTORES.COM,
ALOYOGASTORESAUSTRALIA.COM,
ALOYOGASTORESAUSTRALIAS.COM,
ALOYOGASTORES-AUSTRALIAS.COM,
ALOYOGASTUDIO.COM,
ALO-YOGASTUDIO.COM,
ALOYOGASTUDIOS.COM,

© Wiley Rein LLP, 2023

ALOYOGASTURKEY.COM,
ALOYOGAS-TURKEY.COM,
ALOYOGAS-TURKEYS.COM,
ALOYOGASUKSTORE.COM,
ALOYOGAS-UKSTORE.COM,
ALOYOGASUOMI.COM,
ALOYOGA-SUOMI.COM,
ALO-YOGA-SUOMI.COM,
ALOYOGASUOMI.NET,
ALOYOGASVERIGE.COM,
ALOYOGA-SVERIGE.COM,
ALO-YOGASVERIGE.COM,
ALOYOGASWEDEN.COM,
ALOYOGA-SWITZERLAND.COM,
ALOYOGASZURICH.COM,
ALOYOGATAYT.COM,
ALOYOGATURKEY.COM,
ALOYOGA-TURKEY.COM,
ALOYOGA--TURKEY.COM,
ALO-YOGA-TURKEY.COM,
ALOYOGA-TURKEYS.COM,
ALOYOGATURKIYE.COM,
ALOYOGA-TURKIYE.COM,
ALO-YOGATURKIYE.COM,
ALO-YOGA-TURKIYE.COM,
ALOYOGAUAE.COM,
ALOYOGA-UAE.COM,
ALO-YOGA-UAE.COM,
ALOYOGAUAE.NET,
ALOYOGAUAEDUBAI.COM,
ALOYOGAUK.COM,
ALOYOGA-UK.COM,
ALO-YOGA-UK.COM,
ALOYOGAUK.NET,
ALOYOGAUKSALE.COM,
ALOYOGAUKSTORE.COM,
ALOYOGAUKSTORES.COM,
ALOYOGAUS.COM,
ALOYOGAUSA.COM,
ALOYOGA-USA.COM,
ALO-YOGA-USA.COM,
ALOYOGAUSASALE.COM,
ALOYOGAVIP.COM,
ALOYOGAWINKEL.COM,
ALOYOGAZURICH.COM,

© Wiley Rein LLP, 2023

ALOYOGA-ZURICH.COM,
KALOYOGA.COM,
KALOYOGA.NET,
METAVERSEALOYOGA.COM,
MINDFULMOVESALOYOGA.COM,
WWWALOYOGA.COM,
XN--ALOYOGAESPAA-KHB.COM, and
XN--ALOYOGATRKIYE-3OB.COM,
Internet Domain Names,

　　　Defendants.

## **COMPLAINT**

Plaintiff Alo, LLC ("Alo"), through counsel, alleges as follows for its *in rem* Complaint against Defendants aaloyoga.com, alo-yoga.net, alo-yoga.org, aloyogaaccessories.com, aloyogaaires.com, aloyogaamsterdam.com, aloyoga-amsterdam.com, aloyogaargentina.com, aloyoga-argentina.com, alo-yoga-argentina.com, aloyogaargentina.net, aloyogaau.com, aloyogaaustralia.com, aloyoga-australia.com, alo-yogaaustralia.com, alo-yoga-australia.com, aloyogaaustralia.net, aloyogaaustraliau.com, aloyogaaustria.com, aloyoga-austria.com, aloyogabag.com, aloyogabarcelona.com, aloyogabelgie.com, aloyoga-belgie.com, aloyogabelgique.com, aloyogabelgium.com, aloyoga-belgium.com, alo-yoga-belgium.com, aloyogabelgium.org, alo-yogabelgiumbe.com, aloyogabogota.com, aloyogabottoms.com, aloyogaboutiquefrance.com, aloyogabras.com, aloyogabrasil.com, aloyogabudapest.com, aloyoga-budapest.com, aloyogabulgaria.com, aloyogacanada.com, aloyoga-canada.com, alo-yoga-canada.com, aloyogacanada.net, aloyogacanadastores.com, aloyogacanberra.com, aloyogachile.com, aloyoga-chile.com, alo-yogachile.com, alo-yoga-chile.com, aloyogachile.net, aloyogachileoutlet.com, aloyogacityon.com, aloyogaclothing.com, aloyogacolombia.com, aloyoga-colombia.com, alo-yogacolombia.com, alo-yoga-colombia.com, aloyogacolombia.net,

© Wiley Rein LLP, 2023

aloyogacolombiatienda.com, aloyoga-costarica.com, aloyogacoupons.com, aloyogacz.com, aloyoga-cz.com, alo-yoga-cz.com, aloyogadanmark.com, aloyoga-danmark.com, alo-yogadanmark.com, alo-yoga-danmark.com, aloyogadanmark.net, aloyogadeals.com, aloyogadenmark.com, aloyoga-denmark.com, aloyogadeutschland.com, aloyoga-deutschland.com, aloyogadeutschlande.com, aloyogadeutschlandshop.com, aloyogadhabi.com, aloyogadubai.com, aloyoga-dubai.com, aloyogadubaimall.com, aloyogadublin.com, aloyogaemexico.com, aloyogaenargentina.com, aloyogaenaustralia.com, aloyogaenchile.com, aloyogaenmexico.com, aloyogaespana.com, aloyoga-espana.com, aloyogaespanas.com, aloyogaeumexico.com, aloyogafrance.com, aloyoga-france.com, aloyogagreece.com, aloyoga-greece.com, alo-yogagreece.com, alo-yoga-greece.com, aloyogagreece.net, aloyogagreeceoutlet.com, aloyogagreecestore.com, aloyogahamburg.com, aloyogahelsinki.com, aloyogahrvatska.com, aloyoga-hrvatska.com, alo-yoga-hrvatska.com, aloyogahrvatska.net, aloyogahungary.com, aloyoga-hungary.com, alo-yogahungary.com, aloyogahungary.net, aloyogaindia.com, aloyoga-india.com, aloyogaindonesia.com, aloyogaireland.com, aloyoga-ireland.com, alo-yoga-ireland.com, aloyogaireland.net, aloyogairelandie.com, aloyogairelandoutlet.com, aloyogairelandstore.com, aloyogaisrael.com, aloyoga-israel.com, alo-yoga-israel.com, aloyogaisrael.net, aloyogaisraeloutlet.com, aloyogaisraelstore.com, aloyogaitalia.com, aloyoga-italia.com, alo-yoga-italia.com, aloyogaitaly.com, aloyoga-italy.com, aloyogaitalystore.com, aloyogajapan.com, alo-yogajapan.com, aloyogajapan.net, aloyogakorea.com, aloyogakorea.net, aloyogaksa.com, aloyogakuwait.com, aloyogaleggingscanada.com, aloyogaleggingsdeutschland.com, aloyogaleggings-deutschland.com, aloyogaleggingsuk.com, aloyogaleggings-uk.com, aloyogaleginy.com, aloyogalisbon.com, aloyogallc.com, aloyogalondon.com, aloyoga-london.com, alo-yoga-

© Wiley Rein LLP, 2023

london.com, aloyogamalaysia.com, aloyoga-malaysia.com, alo-yoga-malaysia.com, aloyogamalaysiastore.com, aloyogamall.com, aloyogamataustralia.com, aloyogamatgreece.com, aloyogamatireland.com, aloyogamatuk.com, aloyogamen.com, aloyogamexico.com, aloyoga-mexico.com, alo-yoga-mexico.com, aloyogamexico.net, aloyogamexicocity.com, aloyogamexicostienda.com, aloyogamexicotienda.com, aloyogamilano.com, alo-yoga-milano.com, aloyogamx.com, aloyoganederland.com, aloyoga-nederland.com, alo-yoganederland.com, alo-yoga-nederland.com, aloyoganederland.net, aloyoga-netherlands.com, aloyoganewzealand.com, aloyoganorge.com, aloyoga-norge.com, alo-yoga-norge.com, aloyoganorge.net, aloyoganorway.com, aloyoga-norway.com, aloyoganz.com, aloyoga-nz.com, alo-yoga-nz.com, aloyogaoffers.com, aloyogaonline.com, aloyogaonsale.com, aloyogaoslo.com, aloyoga-oslo.com, aloyogaosterreich.com, aloyoga-osterreich.com, aloyogaoutletargentina.com, aloyogaoutletfactory.com, aloyogaoutletnederland.com, aloyogaoutletstore.com, aloyogaoutletstores.com, aloyogaoutlet-stores.com, aloyogaoutletsuomi.com, aloyogaoutletusa.com, aloyogaparis.com, aloyoga-paris.com, aloyogaperu.com, aloyoga-peru.com, aloyogaperu.net, aloyogaph.com, aloyogaphilippine.com, aloyogaphilippines.com, aloyoga-philippines.com, alo-yoga-philippines.com, aloyogapolska.com, aloyoga-polska.com, alo-yoga-polska.com, aloyogapolskaopinie.com, aloyogaportugal.com, aloyoga-portugal.com, alo-yogaportugal.com, alo-yoga-portugal.com, aloyogaportugal.net, aloyogaportugalpt.com, aloyogapraha.com, aloyogarebajas.com, aloyogargentina.com, aloyogaromania.com, aloyoga-romania.com, alo-yoga-romania.com, aloyogaromania.net, aloyogaromaniaoutlet.com, aloyogaropaes.com, aloyogas.com, alo-yogas.com, aloyogasale.com, aloyoga-sale.com, alo-yogasale.com, aloyogasale.net, aloyogasaleireland.com, aloyogasalemexico.com, aloyogasalephilippines.com, aloyogasaleusa.com, aloyogasale-usa.com, aloyogasamsterdam.com,

© Wiley Rein LLP, 2023

aloyogasantiago.com,    aloyogasargentina.com,    aloyogasaustralia.com,    aloyogascanada.com,
aloyogaschweiz.com,    aloyoga-schweiz.com,    alo-yoga-schweiz.com,    aloyogaschweiz.net,
aloyogasdeutschland.com,    aloyogase.com,    aloyoga-se.com,    aloyogaespana.com,
aloyogasgreece.com,    aloyogasgstore.com,    aloyogashop.com,    aloyoga-shop.com,
aloyogashops.com, aloyogashopschweiz.com, aloyogashopsingapore.com, aloyogashungary.com,
aloyogas-hungary.com, aloyogashungarys.com, aloyogasingapore.com, aloyoga-singapore.com,
alo-yoga-singapore.com, aloyogasingapores.com, aloyogasingaporestore.com, aloyogasitaly.com,
aloyogas-italy.com,    aloyogasklep.com,    aloyogaslisbon.com,    aloyoga-slovenia.com,
aloyogaslovenija.com,    aloyogaslovenija.net,    aloyogaslovensko.com,    aloyoga-slovensko.com,
aloyogasnz.com,  aloyogasouthafrica.com,  aloyoga-southafrica.com,  alo-yoga-southafrica.com,
aloyogasouthafrica.net,    aloyogasouthafricas.com,    aloyoga-southafricas.com,
aloyogasoutletstore.com, aloyogaspain.com, aloyoga-spain.com, aloyogasparis.com, aloyogas-
polska.com,    aloyogas-polskas.com,    aloyogasrbija.com,    aloyogas-sale.com,
aloyogassalesusa.com,    aloyogassaleusa.com,    aloyogassingapore.com,
aloyogassingaporestore.com,aloyogastore.com,    aloyoga-store.com,    aloyogastores.com,
aloyogastoresaustralia.com,    aloyogastoresaustralias.com,    aloyogastores-australias.com,
aloyogastudio.com,  alo-yogastudio.com,  aloyogastudios.com,  aloyogasturkey.com,  aloyogas-
turkey.com,    aloyogas-turkeys.com,    aloyogasukstore.com,    aloyogas-ukstore.com,
aloyogasuomi.com,    aloyoga-suomi.com,    alo-yoga-suomi.com,    aloyogasuomi.net,
aloyogasverige.com, aloyoga-sverige.com, alo-yogasverige.com, aloyogasweden.com, aloyoga-
switzerland.com, aloyogaszurich.com, aloyogatayt.com, aloyogaturkey.com, aloyoga-turkey.com,
aloyoga--turkey.com, alo-yoga-turkey.com, aloyoga-turkeys.com, aloyogaturkiye.com, aloyoga-
turkiye.com, alo-yogaturkiye.com, alo-yoga-turkiye.com, aloyogauae.com, aloyoga-uae.com, alo-

© Wiley Rein LLP, 2023

yoga-uae.com, aloyogauae.net, aloyogauaedubai.com, aloyogauk.com, aloyoga-uk.com, alo-yoga-uk.com, aloyogauk.net, aloyogauksale.com, aloyogaukstore.com, aloyogaukstores.com, aloyogaus.com, aloyogausa.com, aloyoga-usa.com, alo-yoga-usa.com, aloyogausasale.com, aloyogavip.com, aloyogawinkel.com, aloyogazurich.com, aloyoga-zurich.com, kaloyoga.com, kaloyoga.net, metaversealoyoga.com, mindfulmovesaloyoga.com, wwwaloyoga.com, xn--aloyogaespaa-khb.com, and xn--aloyogatrkiye-3ob.com (the "Defendant Domain Names").[1]

## NATURE OF THE SUIT

1.      This is an *in rem* action for cybersquatting under the Federal Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), and for trademark infringement under the Lanham Act, 15 U.S.C. § 1114(1). Each of the hundreds of Defendant Domain Names incorporate Alo's mark ALO YOGA exactly.

2.      Cybersquatting is a serious threat to trademark holders and consumers, with malicious actors' options for cybersquatting and typosquatting growing exponentially as the use of domain names evolve. Today's cybersquatters are able to register domains incorporating well-known brands in innumerable permutations, using variations combining descriptive terms and differing top-level domains. This is especially true for international brands, where cybersquatters have an abundant supply of geographic descriptors to combine with the brand, to create facially credible domain names that consumers assume relate to localized brand services.

3.      Cybersquatters' motives have also expanded well beyond simply seeking to gain internet traffic intended for the mark holder. Cybersquatters are now utilizing cybersquatted domains to engage in everything from sale of counterfeit goods and services, to generation of

---

[1] For the Court's convenience in managing the numerous Defendant Domain Names, counsel for Alo is able to provide a Word document listing all subject domains upon request.

© Wiley Rein LLP, 2023

advertising revenue by misdirecting consumers to pay-per-click advertisements, to distribution of computer viruses or "malware," to collection of visitors' personal information for inappropriate or illegal uses, to perpetrating complex consumer frauds using email addresses emanating from the cybersquatted domains.

4.      Through these misdeeds, cybersquatters harm both the general public and the trademark holder. Cybersquatting harms consumers by causing confusion with the legitimate sites, and by infecting consumers' computers with computer viruses, "bloatware" or other unwanted software; by collecting and misusing consumers' personal information; by directing an endless stream of unwanted advertisements to consumers; and even by financially defrauding consumers after being deceived as to the entity controlling the domain. The mark holder suffers not only decreased web traffic and sales from the misdirected visitors, but also significant damage to brand value and consumer goodwill when consumers associate the brand with the harms they experience.

5.      Alo, an exceptionally well-known and well-regarded international clothing and health and wellness brand, is facing an onslaught of cybersquatting. Alo has recently learned of *hundreds* of currently registered domains incorporating its mark ALO YOGA exactly, with the clear intent of attracting visitors through confusion regarding an affiliation with Alo and its legitimate website. Beyond the sheer number of domains, the cybersquatted domains are notable in their shared *modus operandi*—a disproportionate number of the domains combine the ALO YOGA mark with geographic descriptors from around the world, to confuse consumers into thinking the domains represent localized Alo offerings. This shared approach to misusing the trademark, combined with other factors including the timing of registration/updating domain records, use of privacy services, frequent use of the same registrars, and/or similar website content, leads Alo to believe that it is the victim of a focused cybersquatting effort conducted by one actor

14

© Wiley Rein LLP, 2023

or a group of actors working in concert.

6.      Alo's valuable rights in the distinctive and federally registered ALO and ALO YOGA marks have been deliberately infringed through the bad faith registration, use, and/or trafficking of the Defendant Domain Names, which are either identical to, or confusingly similar to, the ALO YOGA mark. Alo will suffer irreparable harm if such registration and use of the Defendant Domain Names not immediately enjoined.

## PARTIES

7.      Alo, LLC is a California limited liability company with its principal place of business at 9830 Wilshire Boulevard, Beverly Hills, CA 90212, U.S.A.

8.      The Defendant Domain Names are 357 domain names that wholly incorporate Alo's protected ALO and ALO YOGA marks. While the domain names include elements in addition to ALO and ALO YOGA, those elements are non-distinctive (e.g., punctuation, slight lettering changes that amount to typosquatting) and/or are descriptive and will lead consumers to believe that the domains focus on a particular element of Alo's offerings (e.g., "store," "leggings," "coupons") or offerings specific to a particular location (e.g., "Amsterdam," "Bogota," "UAE"). Many of the Defendant Domain Names resolve to websites that leverage the ALO and ALO YOGA marks, without Alo's authorization and for the registrant(s)' personal gain, including copycat ecommerce sites. The registrant(s) of all 357 Defendant Domain Names have taken affirmative steps to conceal their identities, and/or have identified themselves as located outside the United States. To avoid undue burden in reviewing Alo's claims while still providing information regarding the subject domains individually, details regarding each Defendant Domain Name have been set out in Attachment A hereto, in numbered paragraphs with exhibits (Exs. 1- 357), to the extent such information is available despite the registrant(s)' extensive use of privacy

© Wiley Rein LLP, 2023

services.

## JURISDICTION AND VENUE

9.      This is a civil action for federal cybersquatting in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), and federal trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114(1).

10.      This Court has original jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a).

11.      This Court has *in rem* jurisdiction over the Defendant Domain Names pursuant to 15 U.S.C. § 1125(d)(2)(A). *In rem* jurisdiction is appropriate under 15 U.S.C. § 1125(d)(2)(A)(ii) because the WhoIs record for the Defendant Domain Names reflect either a fictitious person/entity, or an individual residing outside the United States, and therefore Alo cannot obtain *in personam* jurisdiction over a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A), or alternatively, Alo, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

12.      Pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(aa), Alo will give notice of the violations of its rights, and its intent to proceed *in rem*, to the contact addresses set forth in the registration records for the Defendant Domain Names.

13.      Venue is proper in this District pursuant to 15 U.S.C. § 1125(d)(2)(C) in that the registry operators of the .COM, .NET, and .ORG domain registries, VeriSign, Inc. and Public Interest Registry, are situated in this judicial district, and the Defendant Domain Names are all .COM, .NET, and .ORG domain names.

14.      Joinder of the Defendant Domain Names is proper because the claims against each of the Defendant Domain Names arise out of the same series of transactions and occurrences, and

© Wiley Rein LLP, 2023

involve common questions of fact and law. For instance, the registration records demonstrate that all of the Defendant Domain Names cybersquat the same ALO YOGA mark, and the significant majority do so in the same way—by using geographic descriptors to falsely suggest localized services affiliated with Alo. The Defendant Domain Names are also all registered with a relatively small group of domain registrars, and a disproportionate number are registered with a single foreign registrar, Alibaba. All the Defendant Domain Names were also either registered or updated in the same general time frame—many on the exact same day—and many have been configured for use in a nearly identical manner. Taken together, these facts strongly indicate the same series of transactions and occurrences. Moreover, the claims against all of the Defendant Domain Names will involve the same questions of both fact and law, including whether wholesale copying of the ALO YOGA mark, combined with descriptive and/or insignificant additions, creates a likelihood of confusion with Alo's trademark rights.

## ALO'S RIGHTS IN THE ALO AND ALO YOGA MARKS

15.     Alo is a California-based premium apparel and health and wellness company that specializes in luxury activewear, with a mission to spread mindful movement, inspire wellness, and create community.

16.     Alo was founded in Los Angeles, California in 2007, with the goal of raising awareness and enthusiasm for yoga, by offering high-quality, fashionable yoga clothing that consumers would want to wear all day.

17.     Operating continuously since that date, Alo has grown into a formidable brand, promoting a health and wellness lifestyle while also providing consumers worldwide with accessible fashion. Today, Alo is a global leader in activewear design and its franchised fabrics.

18.     In 2008, Alo registered the domain name aloyoga.com. Continuously since the date

© Wiley Rein LLP, 2023

of registration, the website to which aloyoga.com resolves has been used to promote Alo's brand, goods, and services, offered under the ALO and ALO YOGA marks. This includes operating a sophisticated ecommerce site offering all manner of athletic clothing, as well as yoga and athletic accessories including sneakers, yoga mats, yoga straps, yoga blocks, socks, hats, hair accessories, bags, sunglasses, undergarments, and beauty and wellness products, all marketed under the marks ALO and ALO YOGA.

19.    In addition to its ecommerce, Alo operates brick-and-mortar stores throughout the United States, as well as other countries, including Canada, Israel, and Mexico.

20.    In furtherance of the passion for yoga that is central to its brand, Alo regularly offers yoga classes in its California headquarters and other U.S. store locations, open to the public. Alo has also launched subscription fitness programming, under the mark ALO MOVES.

21.    Through exceptional quality of products, significant promotional efforts, and high-profile partnerships, the ALO and ALO YOGA marks have become well known and have established significant consumer goodwill.

22.    That reputation and goodwill has grown even stronger through its community outreach activities, conducted through its nonprofit Alo Gives. Alo Gives provides free, Scholastic-approved videos designed for use in classrooms, on yoga and mindfulness for children.

23.    The ALO and ALO YOGA marks are inherently distinctive. Based on that inherent distinctiveness and the significant consumer recognition and goodwill, the marks are entitled to broad common law trademark rights for goods and services including, but not limited to, athletic and yoga apparel and accessories, and retail services for the same.

24.    The distinctiveness of the ALO and ALO YOGA marks is reinforced by the Defendant Domain Names in this action, which represent unauthorized colorable imitations of the

18

© Wiley Rein LLP, 2023

marks, and ALO YOGA particularly. Every single one of the Defendant Domain Names incorporates ALO YOGA exactly, even though the ALO and ALO YOGA marks have no significance other than as source identifiers for Alo's goods and services offered thereunder. This imitation demonstrates that the mark must have been famous and/or distinctive before the registrant(s) chose these domains to register. By choosing to register domains incorporating ALO and ALO YOGA, the registrants of the Defendant Domain Names have recognized the source-indicating significance thereof, and are seeking to leverage it for their gain.

25.    In addition to its common law trademark rights, Alo has successfully registered numerous ALO-formative marks, including ALO and ALO YOGA, with the U.S. Patent and Trademark Office:

- Reg. No. 5172308, ALO YOGA, for "Athletic bags;" "Men's clothing, namely, pants, shirts, jackets, and women's clothing, namely, pants, shirts, jackets, sports bras, tights; Scarves, leg warmers, headbands;" "Yoga mats," filed on August 28, 2015, and registered on the Principal Register on March 28, 2017;

- Reg. No. 3875869, ALO, for "men's clothing, namely, pants, shirts, vests, jackets, hooded jackets and women's clothing, namely, pants, shirts, vests, jackets, hooded jackets, sports bras," filed on December 11, 2009, and registered on the Principal Register on November 16, 2010;

- Reg. No. 4519311, ALO SPORT, for "men's clothing, namely, pants, shirts, jackets, and women's clothing, namely, pants, shirts, jackets, sports bras," filed on March 1, 2012, and registered on the Principal Register on April 22, 2014;

- Reg. No. 5172309, ALO, for "Athletic bags;" "Headbands; Leg warmers; Scarves; Tights;" "Yoga mats," filed on August 28, 2015, and registered on the Principal Register on March 28, 2017;

- Reg. No. 5597575, ALO, for "Providing classes in the field of meditation, mindful living, physical fitness, healthy lifestyle, yoga and exercise," filed on February 2, 2018, and registered on the Principal Register on October 30, 2018;

- Reg. No. 6137833, ALOSOFT, for "Apparel, namely, bottoms as clothing, bras and sports bras," filed on August 27, 2019, and registered on the Principal Register on August 25, 2020;

© Wiley Rein LLP, 2023

- Reg. No. 6158565, ALO GIVES, for "Charitable services, namely, organizing and developing projects that aim to improve the lives of underprivileged and impoverished people and underserved and at-risk youth around the world; charitable services, namely, promoting public awareness of the needs of underprivileged and impoverished people and underserved and at-risk youth around the world;" "Charitable fundraising services; charitable foundation services, namely, providing fundraising activities, funding, scholarships and/or financial assistance for schools, students and persons in need;" and "Charitable services in the nature of providing yoga courses and yoga classes to underprivileged and impoverished people and underserved and at-risk youth around the world; yoga instruction," filed on February 11, 2018, and registered on the Principal Register on September 22, 2020;

- Reg. No. 6190196, ALO MOVES, for "Computer application software and downloadable software in the nature of mobile applications to enable users to view instructional videos, audio content, written content, news, events, articles and user profiles in the fields of physical fitness, mind-body practices, meditation, health, and personal improvement;" "Providing a website featuring information in the fields of physical fitness, mind-body practices being yoga and meditation for purposes of self-awareness, self and personal improvement, and meditation training; Providing a website featuring blogs, on-line educational seminars, non-downloadable videos, non-downloadable instructional videos, and non-downloadable articles, in the fields of physical fitness, mind-body practices, meditation, health, and personal improvement; Providing a website featuring news in the fields of physical fitness, mind-body practices being yoga and meditation for purposes of self-awareness, self and personal improvement and meditation training; Providing recorded and live and interactive on-line instruction and training in the fields of physical fitness, mind-body practices, meditation, health, and personal improvement; providing a website featuring information on physical fitness accessible through a global computer network and mobile devices;" "Providing a website featuring information and news in the field of meditation therapy and health;" "Providing a website featuring information and news in the field of personal improvement," filed on December 5, 2017, and registered on the Principal Register on November 3, 2020; and

- Reg. No. 6273592, ALO WELL BAR, for "Café; coffee shops," filed on July 1, 2019 and registered on the Principal Register on February 16, 2021.

Copies of the registration records are attached hereto as Exhibit 358. These subsisting registrations constitute *prima facie* evidence of the validity of, and Alo's exclusive rights to use, the identified marks. Moreover, Reg. Nos. 3875869, 4519311, 5172308, and 5172309 have achieved incontestable status, and constitute *conclusive* evidence of the validity of, and Alo's exclusive rights to use, those ALO-formative marks.

**UNLAWFUL REGISTRATION AND/OR USE OF THE DOMAIN NAME**

20

© Wiley Rein LLP, 2023

26.     The Defendant Domain Names all reflect wholesale incorporations of both the ALO and ALO YOGA marks, either alone or combined with nondistinctive punctuation, lettering, and/or descriptive terms that consumers will interpret as relating to Alo and its products and services.

27.     As described above, many of the Defendant Domain Names consist of the ALO and ALO YOGA marks combined with geographic descriptors, which consumers will interpret as identifying localized goods and services offered by Alo.

28.     By cybersquatting on Alo's inherently distinctive and recognized ALO and ALO YOGA marks, the Defendant Domain Names appear to have been registered for the purpose of, *inter alia*, obtaining Internet visitors when such visitors were attempting to reach Alo.

29.     As described above, many of the Defendant Domain Names resolve to websites that sell or purport to sell apparel products of the same type that Alo sells. And many of those websites do so using the ALO and/or ALO YOGA marks, to mislead viewers to believe that the sites and the products sold there emanate from and/or are affiliated with Alo.

30.     In addition to this unauthorized use of the ALO and ALO YOGA marks to sell unauthorized goods, the Defendant Domain Names have been configured to display pay-per-click advertisements, for phishing or to download malware or bloatware, and/or for email services that could be used to impersonate Alo.

31.     For those Defendant Domain Names engaging in ecommerce, the registrant(s) of the Defendant Domain Names receive compensation through the sale of products that consumers are misled into believing emanate from and/or are affiliated with Alo. Based on Alo's extensive review of domain records and the websites to which those domains resolve,, the misrepresentation

© Wiley Rein LLP, 2023

is intended to divert consumers away from legitimate Alo offerings.

32.     For those Defendant Domain Names engaged in pay-per-click advertising, the registrant(s) of the Defendant Domain Names receive compensation when Internet visitors, who were attempting to reach Alo, click on a link provided by a Defendant Domain Name to a third-party website and/or when the Internet visitors are automatically redirected by a Defendant Domain Name to a third-party website for a sales solicitation.

33.     For those Defendant Domain Names engaged in distribution of malware, the registrant(s) of the Defendant Domain Names presumably receive compensation when Internet visitors, often unknowingly, download and install a computer virus from a website displayed at the Defendant Domain Names.

34.     For those Defendant Domain Names configured for email service, the registrant(s) of the Defendant Domain Names have presumably configured the Defendant Domain Names to be used to send email for the purpose of unlawful impersonation of Alo.

35.     Certain Defendant Domain Names are also for sale at inflated prices reflecting an intent to profit from the value of the ALO and ALO YOGA marks.

36.     The aforementioned use of the ALO and ALO YOGA marks within the Defendant Domain Names and associated websites is without authorization from Alo.

37.     Based on Alo's extensive review of domain records and the websites to which those domains resolve, the Defendant Domain Names do not reflect the legal name of the registrant(s) of the Defendant Domain Names.

38.      Based on Alo's extensive review of domain records and the websites to which those domains resolve, the registrant(s) Defendant Domain Names have not engaged in *bona fide* noncommercial or fair use of the ALO and ALO YOGA marks in a website accessible under the

© Wiley Rein LLP, 2023

Defendant Domain Names, and are instead using those websites and the ALO and ALO YOGA marks for their own commercial gain.

39.    Based on Alo's extensive review of domain records and the websites to which those domains resolve, the registrant(s) of the Defendant Domain Names have not engaged in *bona fide* commercial use of the ALO and ALO YOGA marks in a website accessible under the Defendant Domain Names, and are instead attempting to misrepresent themselves as Alo or affiliates thereof.

40.    The websites displayed by the registrant(s) of the Defendant Domain Names are likely to be confused with Alo's legitimate online locations.

41.    Based on Alo's extensive review of domain records and the websites to which those domains resolve, the registrant(s) of the Defendant Domain Names registered the Defendant Domain Names with intent to divert consumers away from Alo's online locations, for commercial gain, by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the Defendant Domain Names and the sites displayed through use of the Defendant Domain Names.

42.    Based on Alo's extensive review of domain records and the websites to which those domains resolve, the registrant(s) of the Defendant Domain Names provided material and misleading false contact information when applying for and maintaining the registration of the Defendant Domain Names in that the person or entity identified as the registrant of the Defendant Domain Names is not the true owner of the Defendant Domain Names.

43.    The registrant(s) of certain of the Defendant Domain Names use services that replace a domain name owner's contact information with false names such as "REDACTED," or the WhoIs records contain no registrant name field whatsoever, and thereby conceal the identity

© Wiley Rein LLP, 2023

of the true owner(s) of the domain names.

44.     Based on Alo's extensive review of domain records and the websites to which those domains resolve, if the Defendant Domain Names were registered by different people or entities, the registrants of the Defendant Domain Names acted in concert— given that groups of Defendant Domain Names were registered or updated around the same date, have been registered with the same registrar, use the same privacy service, identify the same general location of the registrants, engage in highly similar methods of cybersquatting, and/or resolve to websites that reflect similar unlawful content. *See* Exs. 1-357.

## <u>COUNT ONE:</u>
### (Violation of the Federal Anti-Cybersquatting Consumer Protection Act)

45.     Alo repeats and realleges each and every allegation set forth in the foregoing paragraphs, as though fully set forth herein.

46.     Alo's ALO and ALO YOGA marks are distinctive and were distinctive prior to the time of registration of the Defendant Domain Names.

47.     The aforesaid acts by the registrant(s) of the Defendant Domain Names constitute registration, maintenance, trafficking in, and/or use of domain names that are confusingly similar to Alo's ALO and ALO YOGA marks, with bad-faith intent to profit therefrom.

48.     In light of the registrant(s) concealment of their identities and/or purported location outside the United States, Alo is not able to obtain *in personam* jurisdiction over the registrant(s) of the Defendant Domain Names or any other person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A) or, alternatively, Alo, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

24

© Wiley Rein LLP, 2023

49.    The aforesaid acts by the registrant(s) of the Defendant Domain Names constitute unlawful cyberpiracy in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1).

50.    The aforesaid acts have caused, and are causing, great and irreparable harm to Alo and the public.  The harm to the public includes the potential for fraud and deception stemming from domains that are intended to mislead consumers. The harm to Alo includes harm to the value and goodwill associated with the ALO and ALO YOGA marks that money cannot compensate. Unless permanently restrained and enjoined by this Court, said irreparable harm will continue.

51.    Pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), Alo is entitled to an order directing the registries for the Defendant Domain Names to change the current registrars to Alo's registrar of choice and directing the registrant to be changed to Alo.

## COUNT TWO:
### (*In-Rem* Trademark Infringement)

52.    Alo repeats and realleges each and every allegation set forth in the foregoing paragraphs, as though fully set forth herein.

53.    At the time the Defendant Domain Names were registered and/or used, Alo possessed valid common law and statutory trademark rights in the ALO and ALO YOGA marks.

54.    In light of the registrant(s)' concealment of their identities and/or purported location outside the United States, Alo is not able to obtain *in personam* jurisdiction over the registrant(s) of the Defendant Domain Names or any other person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A) or, alternatively, Alo, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

© Wiley Rein LLP, 2023

55.     The registration and use of the Defendant Domain Names are uses in commerce.

56.     The registration and use of the Defendant Domain Names affect Alo's ability to use its ALO and ALO YOGA marks in commerce.

57.     The Defendant Domain Names and their registrant(s) have no valid rights in the ALO and ALO YOGA marks.

58.     Use by the Defendant Domain Names and their registrant(s) of the ALO and ALO YOGA marks is without the permission or authorization of Alo.

59.     The aforesaid registration and/or use of the Defendant Domain Names have caused and are likely to continue to cause confusion, mistake, and/or deception among consumers and the public, leading the public falsely to believe that the Defendant Domain Names and/or the websites provided thereunder are sponsored or approved by, or are in some way connected with Alo.

60.     The aforesaid registration and use of the Defendant Domain Names constitutes direct intentional infringement of Alo's trademark rights in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

61.     The aforesaid acts have caused, and are causing, great and irreparable harm to Alo and the public.  The harm to the public includes the potential for fraud and deception stemming from domains that are intended to mislead consumers. The harm to Alo includes harm to the value and goodwill associated with the ALO and ALO YOGA marks that money cannot compensate. Unless permanently restrained and enjoined by this Court, said irreparable harm will continue.

### PRAYER FOR RELIEF

WHEREFORE, Alo respectfully requests of this Court:

1.     That the Court order immediate preliminary and permanent injunctive and other equitable relief to disable the use of the Defendant Domain Names.

26

© Wiley Rein LLP, 2023

2.      That judgment be entered in favor of Alo on its claims of cybersquatting and trademark infringement.

3.      That the Court order the domain registries for the Defendant Domain Names to change the registrar(s) for the Defendant Domain Names to Alo's registrar of choice, and order the registrar to change the registrant to Alo.

4.      That the registrar of any other domain names registered by the registrant(s) of the Defendant Domain Names that resemble or include the ALO and ALO YOGA marks be replaced with Alo's registrar of choice and that such registrar change the registrant(s) to Alo.

5.      That the Court order an award of costs and reasonable attorney's fees incurred by Alo in connection with this action pursuant to 15 U.S.C. § 1117(a); and

6.      That the Court order an award to Alo of such other and further relief as the Court may deem just and proper.

Dated: September 14, 2023          By:      /s/ Attison L. Barnes, III
                                            Attison L. Barnes, III (VA Bar No. 30458)
                                            Stephen J. Obermeier (VA Bar No. 89849)
                                            David E. Weslow (for *pro hac admission*)
                                            Adrienne J. Kosak (VA Bar No. 78631)
                                            WILEY REIN LLP
                                            2050 M Street NW
                                            Washington, DC 20036
                                            Tel: (202) 719-7000
                                            abarnes@wiley.law
                                            sobermeier@wiley.law
                                            dweslow@wiley.law
                                            akosak@wiley.law

                                            *Counsel for Alo, LLC*

© Wiley Rein LLP, 2023