**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| Alo, LLC, | ) |
|     Plaintiff | ) |
| v. | )    CIVIL ACTION NO. 1:23-cv-1242 |
| aaloyoga.com, et al. | ) |
|     Defendants | ) |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and declaration of Adriene Kosak, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of alo-yoga-argentina.com, alo-yoga-australia.com, alo-yoga-belgium.com, alo-yoga-canada.com, alo-yoga-chile.com, alo-yoga-colombia.com, alo-yoga-cz.com, alo-yoga-danmark.com, alo-yoga-greece.com, alo-yoga-hrvatska.com, alo-yoga-ireland.com, alo-yoga-israel.com, alo-yoga-italia.com, alo-yoga-london.com, alo-yoga-malaysia.com, alo-yoga-mexico.com, alo-yoga-milano.com, alo-yoga-nederland.com, alo-yoga-norge.com, alo-yoga-nz.com, alo-yoga-philippines.com, alo-yoga-polska.com, alo-yoga-portugal.com, alo-yoga-romania.com, alo-yoga-schweiz.com, alo-yoga-singapore.com, alo-yoga-southafrica.com, alo-yoga-suomi.com, alo-yoga-turkey.com, alo-yoga-turkiye.com, alo-yoga-uae.com, alo-yoga-uk.com, alo-yoga-usa.com, alo-yogaaustralia.com, alo-yogabelgiumbe.com, alo-yogachile.com, alo-yogacolombia.com, alo-yogadanmark.com, alo-yogagreece.com, alo-yogahungary.com, alo-yogajapan.com, alo-yoganederland.com, alo-yogaportugal.com, alo-yogas.com, alo-yogasale.com, alo-yogastudio.com, alo-yogasverige.com, alo-yogaturkiye.com, aloyoga--turkey.com, aloyoga-amsterdam.com, aloyoga-argentina.com, aloyoga-australia.com, aloyoga-austria.com, aloyoga-belgie.com, aloyoga-belgium.com, aloyoga-budapest.com, aloyoga-canada.com, aloyoga-chile.com, aloyoga-colombia.com, aloyoga-costarica.com, aloyoga-cz.com, aloyoga-danmark.com, aloyoga-denmark.com, aloyoga-deutschland.com, aloyoga-dubai.com, aloyoga-espana.com, aloyoga-france.com, aloyoga-greece.com, aloyoga-hrvatska.com, aloyoga-hungary.com, aloyoga-india.com, aloyoga-ireland.com, aloyoga-israel.com, aloyoga-italia.com, aloyoga-italy.com, aloyoga-london.com, aloyoga-malaysia.com, aloyoga-mexico.com, aloyoga-nederland.com, aloyoga-netherlands.com, aloyoga-norge.com, aloyoga-norway.com, aloyoga-nz.com, aloyoga-oslo.com, aloyoga-osterreich.com, aloyoga-paris.com, aloyoga-peru.com, aloyoga-philippines.com, aloyoga-polska.com, aloyoga-portugal.com, aloyoga-romania.com, aloyoga-sale.com, aloyoga-schweiz.com, aloyoga-se.com, aloyoga-shop.com, aloyoga-singapore.com, aloyoga-slovenia.com, aloyoga-slovensko.com, aloyoga-southafrica.com, aloyoga-southafricas.com, aloyoga-spain.com, aloyoga-store.com, aloyoga-suomi.com, aloyoga-sverige.com, aloyoga-switzerland.com, aloyoga-turkey.com, aloyoga-turkeys.com, aloyoga-turkiye.com, aloyoga-uae.com, aloyoga-uk.com, aloyoga-usa.com, aloyoga-zurich.com, aloyogaaccessories.com,

aloyogaaires.com, aloyogaamsterdam.com, aloyogaargentina.com, aloyogaargentina.net, aloyogaau.com, aloyogaaustralia.com, aloyogaaustralia.net, aloyogaaustraliau.com, aloyogaaustria.com, aloyogabag.com, aloyogabarcelona.com, aloyogabelgie.com, aloyogabelgique.com, aloyogabelgium.com, aloyogabelgium.org, aloyogabogota.com, aloyogabottoms.com, aloyogaboutiquefrance.com, aloyogabras.com, aloyogabrasil.com, aloyogabudapest.com, aloyogabulgaria.com, aloyogacanada.com, aloyogacanada.net, aloyogacanadastores.com, aloyogacanberra.com, aloyogachile.com, aloyogachile.net, aloyogachileoutlet.com, aloyogacityon.com, aloyogaclothing.com, aloyogacolombia.com, aloyogacolombia.net, aloyogacolombiatienda.com, aloyogacoupons.com, aloyogacz.com, aloyogadanmark.com, aloyogadanmark.net, aloyogadeals.com, aloyogadenmark.com, aloyogadeutschland.com, aloyogadeutschlande.com, aloyogadeutschlandshop.com, aloyogadhabi.com, aloyogadubai.com, aloyogadubaimall.com, aloyogadublin.com, aloyogaemexico.com, aloyogaenargentina.com, aloyogaenaustralia.com, aloyogaenchile.com, aloyogaenmexico.com, aloyogaespana.com, aloyogaespanas.com, aloyogaeumexico.com, aloyogafrance.com, aloyogagreece.com, aloyogagreece.net, aloyogagreeceoutlet.com, aloyogagreecestore.com, aloyogahamburg.com, aloyogahelsinki.com, aloyogahrvatska.com, aloyogahrvatska.net, aloyogahungary.com, aloyogahungary.net, aloyogaindia.com, aloyogaindonesia.com, aloyogaireland.com, aloyogaireland.net, aloyogairelandie.com, aloyogairelandoutlet.com, aloyogairelandstore.com, aloyogaisrael.com, aloyogaisrael.net, aloyogaisraeloutlet.com, aloyogaisraelstore.com, aloyogaitalia.com, aloyogaitaly.com, aloyogaitalystore.com, aloyogajapan.com, aloyogajapan.net, aloyogakorea.com, aloyogakorea.net, aloyogaksa.com, aloyogakuwait.com, aloyogaleggings-deutschland.com, aloyogaleggings-uk.com, aloyogaleggingscanada.com, aloyogaleggingsdeutschland.com, aloyogaleggingsuk.com, aloyogaleginy.com, aloyogalisbon.com, aloyogallc.com, aloyogalondon.com, aloyogamalaysia.com, aloyogamalaysiastore.com, aloyogamall.com, aloyogamataustralia.com, aloyogamatgreece.com, aloyogamatireland.com, aloyogamatuk.com, aloyogamen.com, aloyogamexico.com, aloyogamexico.net, aloyogamexicocity.com, aloyogamexicostienda.com, aloyogamexicotienda.com, aloyogamilano.com, aloyogamx.com, aloyoganederland.com, aloyoganederland.net, aloyoganewzealand.com, aloyoganorge.com, aloyoganorge.net, aloyoganorway.com, aloyoganz.com, aloyogaoffers.com, aloyogaonline.com, aloyogaonsale.com, aloyogaoslo.com, aloyogaosterreich.com, aloyogaoutlet-stores.com, aloyogaoutletargentina.com, aloyogaoutletfactory.com, aloyogaoutletnederland.com, aloyogaoutletstore.com, aloyogaoutletstores.com, aloyogaoutletsuomi.com, aloyogaoutletusa.com, aloyogaparis.com, aloyogaperu.com, aloyogaperu.net, aloyogaph.com, aloyogaphilippine.com, aloyogaphilippines.com, aloyogapolska.com, aloyogapolskaopinie.com, aloyogaportugal.com, aloyogaportugal.net, aloyogaportugalpt.com, aloyogapraha.com, aloyogarebajas.com, aloyogargentina.com, aloyogaromania.com, aloyogaromania.net, aloyogaromaniaoutlet.com, aloyogaropaes.com, aloyogas-hungary.com, aloyogas-italy.com, aloyogas-polska.com, aloyogas-polskas.com, aloyogas-sale.com, aloyogas-turkey.com, aloyogas-turkeys.com, aloyogas-ukstore.com, aloyogas.com, aloyogasale-usa.com, aloyogasale.com, aloyogasale.net, aloyogasaleireland.com, aloyogasalemexico.com, aloyogasalephilippines.com, aloyogasaleusa.com, aloyogasamsterdam.com, aloyogasantiago.com, aloyogasargentina.com, aloyogasaustralia.com, aloyogascanada.com, aloyogaschweiz.com, aloyogaschweiz.net, aloyogasdeutschland.com, aloyogase.com, aloyogasespana.com, aloyogasgreece.com, aloyogasgstore.com, aloyogashop.com, aloyogashops.com, aloyogashopschweiz.com, aloyogashopsingapore.com, aloyogashungary.com, aloyogashungarys.com, aloyogasingapore.com, aloyogasingapores.com, aloyogasingaporestore.com, aloyogasitaly.com, aloyogasklep.com, aloyogaslisbon.com, aloyogaslovenija.com, aloyogaslovenija.net, aloyogaslovensko.com, aloyogasnz.com,

aloyogasouthafrica.com, aloyogasouthafrica.net, aloyogasouthafricas.com, aloyogasoutletstore.com, aloyogaspain.com, aloyogasparis.com, aloyogasrbija.com, aloyogassalesusa.com, aloyogassaleusa.com, aloyogassingapore.com, aloyogassingaporestore.com, aloyogastore.com, aloyogastores-australias.com, aloyogastores.com, aloyogastoresaustralia.com, aloyogastoresaustralias.com, aloyogastudio.com, aloyogastudios.com, aloyogasturkey.com, aloyogasukstore.com, aloyogasuomi.com, aloyogasuomi.net, aloyogasverige.com, aloyogasweden.com, aloyogaszurich.com, aloyogatayt.com, aloyogaturkey.com, aloyogaturkiye.com, aloyogauae.com, aloyogauae.net, aloyogauaedubai.com, aloyogauk.com, aloyogauk.net, aloyogauksale.com, aloyogaukstore.com, aloyogaukstores.com, aloyogaus.com, aloyogausa.com, aloyogausasale.com, aloyogavip.com, aloyogawinkel.com, aloyogazurich.com, kaloyoga.com, kaloyoga.net, metaversealoyoga.com, mindfulmovesaloyoga.com, wwwaloyoga.com, xn--aloyogaespaa-khb.com, xn--aloyogatrkiye-3ob.com   for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

                                              FERNANDO GALINDO
                                              CLERK OF COURT

                                              BY:   /s/
                                              DEPUTY CLERK

DATED:  10/30/2023