# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

ALO, LLC,

    Plaintiff,

v.

AALOYOGA.COM and 356 Additional Domain Names,

    Defendants.

Civil Action No. 1:23-cv-1242 (LMB/WEF)

## ORDER

This action comes before the Court on Plaintiff Alo, LLC's Motion for Default Judgment against the Defendant domain names (attached as pages 3-11 to this Order). Having reviewed the Motion and the supporting documentation and determined that: (i) this Court has jurisdiction and service upon the Defendant domain names was proper; and (ii) the Complaint alleges facts establishing all of the necessary elements of a claim pursuant to 15 U.S.C. § 1125(d)(1)(A), it is hereby:

ORDERED that Plaintiff's Motion for Default Judgment shall be, and hereby is, GRANTED; and it is further

ORDERED that judgment is ENTERED by default in favor of Plaintiff Alo, LLC and against the Defendant domain names on Count I of the Complaint; and it is further

ORDERED that Count II of the Complaint is hereby DISMISSED without prejudice; and it is further

- 2 -

ORDERED that VeriSign, Inc. and Public Interest Registry shall change the registrars of record for the Defendant domain names to Plaintiff's domain name registrar of choice, 101Domains.com; and it is further

ORDERED that 101Domains.com shall take all necessary steps to have Plaintiff Alo, LLC listed as the registrant for the Defendant domain names.

SO ORDERED this 19th day of January, 2024.

/s/ LMB
Leonie M. Brinkema
United States District Judge

## Defendant Domain Names

- ALOYOGAACCESSORIES.COM
- ALOYOGAAIRES.COM
- ALOYOGAAMSTERDAM.COM
- ALOYOGA-AMSTERDAM.COM
- ALOYOGAARGENTINA.COM
- ALOYOGA-ARGENTINA.COM
- ALO-YOGA-ARGENTINA.COM
- ALOYOGAARGENTINA.NET
- ALOYOGAAU.COM
- ALOYOGAAUSTRALIA.COM
- ALOYOGA-AUSTRALIA.COM
- ALO-YOGAAUSTRALIA.COM
- ALO-YOGA-AUSTRALIA.COM
- ALOYOGAAUSTRALIA.NET
- ALOYOGAAUSTRALIAU.COM
- ALOYOGAAUSTRIA.COM
- ALOYOGA-AUSTRIA.COM
- ALOYOGABAG.COM
- ALOYOGABARCELONA.COM
- ALOYOGABELGIE.COM
- ALOYOGA-BELGIE.COM
- ALOYOGABELGIQUE.COM
- ALOYOGABELGIUM.COM
- ALOYOGA-BELGIUM.COM
- ALO-YOGA-BELGIUM.COM
- ALOYOGABELGIUM.ORG
- ALO-YOGABELGIUMBE.COM
- ALOYOGABOGOTA.COM
- ALOYOGABOTTOMS.COM
- ALOYOGABOUTIQUEFRANCE.COM
- ALOYOGABRAS.COM
- ALOYOGABRASIL.COM
- ALOYOGABUDAPEST.COM
- ALOYOGA-BUDAPEST.COM
- ALOYOGABULGARIA.COM
- ALOYOGACANADA.COM
- ALOYOGA-CANADA.COM
- ALO-YOGA-CANADA.COM
- ALOYOGACANADA.NET
- ALOYOGACANADASTORES.COM
- ALOYOGACANBERRA.COM
- ALOYOGACHILE.COM

- 3 -

- ALOYOGA-CHILE.COM
- ALO-YOGACHILE.COM
- ALO-YOGA-CHILE.COM
- ALOYOGACHILE.NET
- ALOYOGACHILEOUTLET.COM
- ALOYOGACITYON.COM
- ALOYOGACLOTHING.COM
- ALOYOGACOLOMBIA.COM
- ALOYOGA-COLOMBIA.COM
- ALO-YOGACOLOMBIA.COM
- ALO-YOGA-COLOMBIA.COM
- ALOYOGACOLOMBIA.NET
- ALOYOGACOLOMBIATIENDA.COM
- ALOYOGA-COSTARICA.COM
- ALOYOGACOUPONS.COM
- ALOYOGACZ.COM
- ALOYOGA-CZ.COM
- ALO-YOGA-CZ.COM
- ALOYOGADANMARK.COM
- ALOYOGA-DANMARK.COM
- ALO-YOGADANMARK.COM
- ALO-YOGA-DANMARK.COM
- ALOYOGADANMARK.NET
- ALOYOGADEALS.COM
- ALOYOGADENMARK.COM
- ALOYOGA-DENMARK.COM
- ALOYOGADEUTSCHLAND.COM
- ALOYOGA-DEUTSCHLAND.COM
- ALOYOGADEUTSCHLANDE.COM
- ALOYOGADEUTSCHLANDSHOP.COM
- ALOYOGADHABI.COM
- ALOYOGADUBAI.COM
- ALOYOGA-DUBAI.COM
- ALOYOGADUBAIMALL.COM
- ALOYOGADUBLIN.COM
- ALOYOGAEMEXICO.COM
- ALOYOGAENARGENTINA.COM
- ALOYOGAENAUSTRALIA.COM
- ALOYOGAENCHILE.COM
- ALOYOGAENMEXICO.COM
- ALOYOGAESPANA.COM
- ALOYOGA-ESPANA.COM
- ALOYOGAESPANAS.COM
- ALOYOGAEUMEXICO.COM

- ALOYOGAFRANCE.COM
- ALOYOGA-FRANCE.COM
- ALOYOGAGREECE.COM
- ALOYOGA-GREECE.COM
- ALO-YOGAGREECE.COM
- ALO-YOGA-GREECE.COM
- ALOYOGAGREECE.NET
- ALOYOGAGREECEOUTLET.COM
- ALOYOGAGREECESTORE.COM
- ALOYOGAHAMBURG.COM
- ALOYOGAHELSINKI.COM
- ALOYOGAHRVATSKA.COM
- ALOYOGA-HRVATSKA.COM
- ALO-YOGA-HRVATSKA.COM
- ALOYOGAHRVATSKA.NET
- ALOYOGAHUNGARY.COM
- ALOYOGA-HUNGARY.COM
- ALO-YOGAHUNGARY.COM
- ALOYOGAHUNGARY.NET
- ALOYOGAINDIA.COM
- ALOYOGA-INDIA.COM
- ALOYOGAINDONESIA.COM
- ALOYOGAIRELAND.COM
- ALOYOGA-IRELAND.COM
- ALO-YOGA-IRELAND.COM
- ALOYOGAIRELAND.NET
- ALOYOGAIRELANDIE.COM
- ALOYOGAIRELANDOUTLET.COM
- ALOYOGAIRELANDSTORE.COM
- ALOYOGAISRAEL.COM
- ALOYOGA-ISRAEL.COM
- ALO-YOGA-ISRAEL.COM
- ALOYOGAISRAEL.NET
- ALOYOGAISRAELOUTLET.COM
- ALOYOGAISRAELSTORE.COM
- ALOYOGAITALIA.COM
- ALOYOGA-ITALIA.COM
- ALO-YOGA-ITALIA.COM
- ALOYOGAITALY.COM
- ALOYOGA-ITALY.COM
- ALOYOGAITALYSTORE.COM
- ALOYOGAJAPAN.COM
- ALO-YOGAJAPAN.COM
- ALOYOGAJAPAN.NET

- ALOYOGAKOREA.COM
- ALOYOGAKOREA.NET
- ALOYOGAKSA.COM
- ALOYOGAKUWAIT.COM
- ALOYOGALEGGINGSCANADA.COM
- ALOYOGALEGGINGSDEUTSCHLAND.COM
- ALOYOGALEGGINGS-DEUTSCHLAND.COM
- ALOYOGALEGGINGSUK.COM
- ALOYOGALEGGINGS-UK.COM
- ALOYOGALEGINY.COM
- ALOYOGALISBON.COM
- ALOYOGALLC.COM
- ALOYOGALONDON.COM
- ALOYOGA-LONDON.COM
- ALO-YOGA-LONDON.COM
- ALOYOGAMALAYSIA.COM
- ALOYOGA-MALAYSIA.COM
- ALO-YOGA-MALAYSIA.COM
- ALOYOGAMALAYSIASTORE.COM
- ALOYOGAMALL.COM
- ALOYOGAMATAUSTRALIA.COM
- ALOYOGAMATGREECE.COM
- ALOYOGAMATIRELAND.COM
- ALOYOGAMATUK.COM
- ALOYOGAMEN.COM
- ALOYOGAMEXICO.COM
- ALOYOGA-MEXICO.COM
- ALO-YOGA-MEXICO.COM
- ALOYOGAMEXICO.NET
- ALOYOGAMEXICOCITY.COM
- ALOYOGAMEXICOSTIENDA.COM
- ALOYOGAMEXICOTIENDA.COM
- ALOYOGAMILANO.COM
- ALO-YOGA-MILANO.COM
- ALOYOGAMX.COM
- ALOYOGANEDERLAND.COM
- ALOYOGA-NEDERLAND.COM
- ALO-YOGANEDERLAND.COM
- ALO-YOGA-NEDERLAND.COM
- ALOYOGANEDERLAND.NET
- ALOYOGA-NETHERLANDS.COM
- ALOYOGANEWZEALAND.COM
- ALOYOGANORGE.COM
- ALOYOGA-NORGE.COM

- 7 -

- ALO-YOGA-NORGE.COM
- ALOYOGANORGE.NET
- ALOYOGANORWAY.COM
- ALOYOGA-NORWAY.COM
- ALOYOGANZ.COM
- ALOYOGA-NZ.COM
- ALO-YOGA-NZ.COM
- ALOYOGAOFFERS.COM
- ALOYOGAONLINE.COM
- ALOYOGAONSALE.COM
- ALOYOGAOSLO.COM
- ALOYOGA-OSLO.COM
- ALOYOGAOSTERREICH.COM
- ALOYOGA-OSTERREICH.COM
- ALOYOGAOUTLETARGENTINA.COM
- ALOYOGAOUTLETFACTORY.COM
- ALOYOGAOUTLETNEDERLAND.COM
- ALOYOGAOUTLETSTORE.COM
- ALOYOGAOUTLETSTORES.COM
- ALOYOGAOUTLET-STORES.COM
- ALOYOGAOUTLETSUOMI.COM
- ALOYOGAOUTLETUSA.COM
- ALOYOGAPARIS.COM
- ALOYOGA-PARIS.COM
- ALOYOGAPERU.COM
- ALOYOGA-PERU.COM
- ALOYOGAPERU.NET
- ALOYOGAPH.COM
- ALOYOGAPHILIPPINE.COM
- ALOYOGAPHILIPPINES.COM
- ALOYOGA-PHILIPPINES.COM
- ALO-YOGA-PHILIPPINES.COM
- ALOYOGAPOLSKA.COM
- ALOYOGA-POLSKA.COM
- ALO-YOGA-POLSKA.COM
- ALOYOGAPOLSKAOPINIE.COM
- ALOYOGAPORTUGAL.COM
- ALOYOGA-PORTUGAL.COM
- ALO-YOGAPORTUGAL.COM
- ALO-YOGA-PORTUGAL.COM
- ALOYOGAPORTUGAL.NET
- ALOYOGAPORTUGALPT.COM
- ALOYOGAPRAHA.COM
- ALOYOGAREBAJAS.COM

- ALOYOGARGENTINA.COM
- ALOYOGAROMANIA.COM
- ALOYOGA-ROMANIA.COM
- ALO-YOGA-ROMANIA.COM
- ALOYOGAROMANIA.NET
- ALOYOGAROMANIAOUTLET.COM
- ALOYOGAROPAES.COM
- ALOYOGAS.COM
- ALO-YOGAS.COM
- ALOYOGASALE.COM
- ALOYOGA-SALE.COM
- ALO-YOGASALE.COM
- ALOYOGASALE.NET
- ALOYOGASALEIRELAND.COM
- ALOYOGASALEMEXICO.COM
- ALOYOGASALEPHILIPPINES.COM
- ALOYOGASALEUSA.COM
- ALOYOGASALE-USA.COM
- ALOYOGASAMSTERDAM.COM
- ALOYOGASANTIAGO.COM
- ALOYOGASARGENTINA.COM
- ALOYOGASAUSTRALIA.COM
- ALOYOGASCANADA.COM
- ALOYOGASCHWEIZ.COM
- ALOYOGA-SCHWEIZ.COM
- ALO-YOGA-SCHWEIZ.COM
- ALOYOGASCHWEIZ.NET
- ALOYOGASDEUTSCHLAND.COM
- ALOYOGASE.COM
- ALOYOGA-SE.COM
- ALOYOGASESPANA.COM
- ALOYOGASGREECE.COM
- ALOYOGASGSTORE.COM
- ALOYOGASHOP.COM
- ALOYOGA-SHOP.COM
- ALOYOGASHOPS.COM
- ALOYOGASHOPSCHWEIZ.COM
- ALOYOGASHOPSINGAPORE.COM
- ALOYOGASHUNGARY.COM
- ALOYOGAS-HUNGARY.COM
- ALOYOGASHUNGARYS.COM
- ALOYOGASINGAPORE.COM
- ALOYOGA-SINGAPORE.COM
- ALO-YOGA-SINGAPORE.COM

- ALOYOGASINGAPORES.COM
- ALOYOGASINGAPORESTORE.COM
- ALOYOGASITALY.COM
- ALOYOGAS-ITALY.COM
- ALOYOGASKLEP.COM
- ALOYOGASLISBON.COM
- ALOYOGA-SLOVENIA.COM
- ALOYOGASLOVENIJA.COM
- ALOYOGASLOVENIJA.NET
- ALOYOGASLOVENSKO.COM
- ALOYOGA-SLOVENSKO.COM
- ALOYOGASNZ.COM
- ALOYOGASOUTHAFRICA.COM
- ALOYOGA-SOUTHAFRICA.COM
- ALO-YOGA-SOUTHAFRICA.COM
- ALOYOGASOUTHAFRICA.NET
- ALOYOGASOUTHAFRICAS.COM
- ALOYOGA-SOUTHAFRICAS.COM
- ALOYOGASOUTLETSTORE.COM
- ALOYOGASPAIN.COM
- ALOYOGA-SPAIN.COM
- ALOYOGASPARIS.COM
- ALOYOGAS-POLSKA.COM
- ALOYOGAS-POLSKAS.COM
- ALOYOGASRBIJA.COM
- ALOYOGAS-SALE.COM
- ALOYOGASSALESUSA.COM
- ALOYOGASSALEUSA.COM
- ALOYOGASSINGAPORE.COM
- ALOYOGASSINGAPORESTORE.COM
- ALOYOGASTORE.COM
- ALOYOGA-STORE.COM
- ALOYOGASTORES.COM
- ALOYOGASTORESAUSTRALIA.COM
- ALOYOGASTORESAUSTRALIAS.COM
- ALOYOGASTORES-AUSTRALIAS.COM
- ALOYOGASTUDIO.COM
- ALO-YOGASTUDIO.COM
- ALOYOGASTURKEY.COM
- ALOYOGAS-TURKEY.COM
- ALOYOGAS-TURKEYS.COM
- ALOYOGASUKSTORE.COM
- ALOYOGAS-UKSTORE.COM
- ALOYOGASUOMI.COM

- ALOYOGA-SUOMI.COM
- ALO-YOGA-SUOMI.COM
- ALOYOGASUOMI.NET
- ALOYOGASVERIGE.COM
- ALOYOGA-SVERIGE.COM
- ALO-YOGASVERIGE.COM
- ALOYOGASWEDEN.COM
- ALOYOGA-SWITZERLAND.COM
- ALOYOGASZURICH.COM
- ALOYOGATAYT.COM
- ALOYOGATURKEY.COM
- ALOYOGA-TURKEY.COM
- ALOYOGA--TURKEY.COM
- ALO-YOGA-TURKEY.COM
- ALOYOGA-TURKEYS.COM
- ALOYOGATURKIYE.COM
- ALOYOGA-TURKIYE.COM
- ALO-YOGATURKIYE.COM
- ALO-YOGA-TURKIYE.COM
- ALOYOGAUAE.COM
- ALOYOGA-UAE.COM
- ALO-YOGA-UAE.COM
- ALOYOGAUAE.NET
- ALOYOGAUAEDUBAI.COM
- ALOYOGAUK.COM
- ALOYOGA-UK.COM
- ALO-YOGA-UK.COM
- ALOYOGAUK.NET
- ALOYOGAUKSALE.COM
- ALOYOGAUKSTORE.COM
- ALOYOGAUKSTORES.COM
- ALOYOGAUS.COM
- ALOYOGAUSA.COM
- ALOYOGA-USA.COM
- ALO-YOGA-USA.COM
- ALOYOGAUSASALE.COM
- ALOYOGAVIP.COM
- ALOYOGAWINKEL.COM
- ALOYOGAZURICH.COM
- ALOYOGA-ZURICH.COM
- KALOYOGA.COM
- KALOYOGA.NET
- METAVERSEALOYOGA.COM
- WWWALOYOGA.COM

- 10 -

- XN--ALOYOGAESPAA-KHB.COM
- XN--ALOYOGATRKIYE-3OB.COM